**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TIMOTHY BLACKMAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:26-cv-00085-GSL-APR |
| CHARGEPOINT, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S STIPULATED MOTION FOR EXTENSIONS OF TIME TO RESPOND**
**TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Timothy Blackman, through his undersigned counsel, moves pursuant to Fed. R. Civ. P. 6(b) and L.R. 6-1(a), for an extension of time to file his response to Defendant's Motion to Dismiss Class Action Complaint (Doc. 11). In support of his motion, Plaintiff states as follows:

1.      This action is brought by Plaintiff individually and on behalf of a proposed class of individuals who paid to charge their vehicles at ChargePoint electric vehicle charging stations that were malfunctioning or inoperative. *See* Class Action Complaint ¶ 1 (Doc. 1) ("Complaint").

2.      Plaintiff filed his Class Action Complaint ("Complaint") on March 3, 2026. Defendant moved to dismiss the Complaint on April 27, 2026.

3.      Pursuant to L.R. 7-1(d)(2)(A), Plaintiff's response is due May 18, 2026.

4.      Due to Plaintiff's undersigned counsel's recent illness and other professional obligations, Plaintiff requires a brief, 14-day enlargement of time to June 1, 2026, to file his response.

5.      In the event the Court grants this motion, Defendant's reply in support of its motion would be due June 8, 2026. *See* L.R. 7-1(d)(2)(B). However, due to the other professional

obligations of  the attorney principally responsible for drafting Defendant's reply, Defendant requires an additional seven days, to June 15, 2026, to file its reply. Plaintiff has no objection to this reciprocal extension of time.

6.      There is no objection to the extensions of time sought herein by any other attorney or party. *See* L.R. 6-1(a)(3)(A).

WHEREFORE, for all of the foregoing reasons, Plaintiff prays for an Order (1) extending the time for filing Plaintiff's response to Defendant's Motion to Dismiss Plaintiff's Class Action Complaint (Doc. 11) to June 1, 2026, and (2) extending the time for filing Defendant's reply in support of the Motion to June 15, 2026.

Date: May 12, 2026                    Respectfully submitted,

By:     /s/ William M. Sweetnam

SWEETNAM LLC
William M. Sweetnam
230 Northgate Street, Suite 103
Lake Forest, Illinois 60045
(847) 877-2970
wms@sweetnamllc.com

*Counsel for Plaintiff*